DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERRICK CULVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2505

[November 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562010CF003963A.

Derrick Culver, Orlando, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS, and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***